IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS  NO. 4:03CR00181-01 GH

JOSEPH ROBBINS

### **ORDER**

On November 22, the government filed a motion to amend the judgment and commitment order pursuant to Criminal Procedure Rule 36, to include the correct restitution amount of $105,500.00 that was left out due to a clerical error. For good cause shown, the motion is granted.

The April 6, 2005 judgment is amended at page 5 to reflect that restitution is due and payable in the amount of $105,500.00 to the State of Arkansas. The remainder of the judgment is still in effect.

IT IS SO ORDERED this 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE